STATE OF TEXAS
CASE# 12-15-00122-CR

WESLEY S. ANGLIN,                                                    PETITIONER

MOTION TO PROCEED IN FORMA

PAUPERIS

IN RE ANGLIN.

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 11 2015

elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

Comes now the petitioner, Mr. Anglin, pro se, in pro per, in pro pria persona, to humbly seek in forma pauperis status. He requests in pursuant to Texas court rules, he states that he is a pauper within the confines of any one or all of the states court rules.

Further, the Movant attaches an a six (6) month prison account statement in support of this motion.

Wherefore, the Movant respectfully requests that this Hon. Court issue an order granting and sustaing this in full.

In Intrinsic Integrity,

Wesley S. Anglin all rights reserved

Minister Wesley S. Anglin

# COMMONWEALTH OF KENTUCKY
# DEPARTMENT OF CORRECTIONS

EASTERN KENTUCKY CORRECTIONAL COMPLEX
(Institution)

CERTIFICATION OF FUNDS DEPOSITED IN
PRISONER'S INSTITUTIONAL ACCOUNT

Inmate Name: __Wesley___ __Satterfield___ __Anglin___
             (First)      (Middle)    (Last)

Institutional I.D. Number: __228919__

I, __Karen Guyn__, of the __EASTERN KY CORRECTIONAL COMPLEX__
                              (Institution)

Inmate Accounts Office, do hereby certify that the sum of

$ __103.60__ has been deposited to this inmate's account

during the preceding six months.

__K. Guyn__                        __4/28/15__

Signature of Authorized Officer          Date

**KY DOC**
**REPORT NO. IBSR180 - 35**

**6 MONTH AVERAGE INCOME STATEMENT**

**PAGE:** 1 **of** 1

**PROCESSED:** 04/28/2015 10:50

**FROM:** 10/2014 **TO:** 03/2015    **REQUESTOR:** Karen S Guyn

**DOC #:** 228919          **INMATE NAME:** Anglin, Wesley Satterfield          **SSN:** 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

|  | Deposit Detail | Total Deposit |
|---|---|---|
| **FOR MONTH:** October, 2014 | | |
| **Deposit Type:** State Pay Earned | $10.40 | |
| | | $10.40 |
| **FOR MONTH:** November, 2014 | | |
| **Deposit Type:** State Pay Earned | $10.40 | |
| | | $10.40 |
| **FOR MONTH:** December, 2014 | | |
| **Deposit Type:** Christmas Money Deposit | $10.00 | |
| State Pay Earned | $14.30 | |
| | | $24.30 |
| **FOR MONTH:** January, 2015 | | |
| **Deposit Type:** State Pay Earned | $18.20 | |
| | | $18.20 |
| **FOR MONTH:** February, 2015 | | |
| **Deposit Type:** State Pay Earned | $20.80 | |
| | | $20.80 |
| **FOR MONTH:** March, 2015 | | |
| **Deposit Type:** State Pay Earned | $19.50 | |
| | | $19.50 |
| **TOTAL AMOUNT :** | | $103.60 |
| **6 MONTH AVERAGE:** | | $17.27 |